THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY,<br><br>Plaintiff,<br><br>v.<br><br>D & M EXCAVATING, INC., an Indiana Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.  2:18-CV-214<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

    I, the below signed, state that I have read the *Standards for Professional Conduct within the Seventh Federal Judicial Circuit* pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty for perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY.

GOODMAN KATZ KOONCE & MAROC

| | |
|---|---|
| June 4, 2018<br>Date | /s/ Aaron A. Koonce<br>AARON A. KOONCE<br>Attorney No. 31749-45<br>9013 Indianapolis Blvd.<br>Highland, IN 46322<br>(219) 838-9200 *(office)*<br>(219) 972-7110 *(fax)*<br>E-mail: aak@gk4law.com |