**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

|  |  |  |
|---|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.   2:18-CV-214-JVB-APR |
| D & M EXCAVATING, INC., an Indiana Corporation, | ) ) ) ) | |
| Defendant. | ) | |

# MOTION TO DISMISS

**COMES NOW** the Plaintiff, by one of its attorneys, Aaron A. Koonce, and advises the Court that all matters herein have been amicably settled and adjusted.  Plaintiff CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY moves the Court to dismiss its Complaint and cause of action against D & M EXCAVATING, INC., an Indiana Corporation, without prejudice.

Respectfully submitted,

GOODMAN KATZ KOONCE & MAROC

By:     /s/ Aaron A. Koonce
        AARON A. KOONCE
        Indiana Attorney Number: 31749-45
        Attorney for Plaintiff
        9013 Indianapolis Boulevard
        Highland, IN 46322
        (219) 838-9200 *(office)*
        (219) 972-7110 *(fax)*
        E-mail: aak@gk4law.com

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 30th day of July, 2018, he has electronically filed the above and foregoing with the Clerk of the United States District Court for the Northern District of Indiana using the CM/ECF system, and does hereby certify that he has mailed by United States Postal Service the document to the following non CM/CM/ECF participants:

**D & M EXCAVATING, INC.,**
**an Indiana Corporation**
c/o  Sandie Miller, Registered Agent
9896 W 300 N
Michigan City, IN 46360

GOODMAN KATZ KOONCE & MAROC

By: _____ /s/ Aaron A. Koonce _____
        AARON A. KOONCE

F:\FILES\AAK Files\UNION\Construction\D & M Excavating\Motion to Dismiss.wpd